| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 18-24178 / MEH**

Bertha Williams

Petition Filed Date: 07/16/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 11/28/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | $250.00 | 19575578339 | 01/29/2024 | $250.00 | 19575578223 | 01/29/2024 | $500.00 | 19575578222 |
| 01/29/2024 | $500.00 | 19575578225 | 02/28/2024 | $500.00 | 19575577951 | 02/28/2024 | $500.00 | 19575577950 |
| 02/28/2024 | $500.00 | 19575577952 | 04/03/2024 | $1,000.00 | 29169287122 | 04/03/2024 | $700.00 | 29169287188 |
| 04/03/2024 | $500.00 | 29169287133 | 04/03/2024 | $300.00 | 29169283724 | 05/14/2024 | $1,800.00 | |
| 06/20/2024 | $1,800.00 | | 07/24/2024 | $1,800.00 | | 08/27/2024 | $1,800.00 | |
| 10/02/2024 | $1,800.00 | | 10/16/2024 | $1,800.00 | | 12/04/2024 | $1,800.00 | |

**Total Receipts for the Period: $18,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $44,807.95**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Bertha Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | TRENTON WATER WORKS<br>»»  239 PARKINSON AVE | Unsecured Creditors | $411.86 | $0.00 | $411.86 |
| 2 | US BANK TRUST, N.A.<br>»»  P/239 PARKINSON AVE/1ST MTG | Mortgage Arrears | $11,272.87 | $5,825.23 | $5,447.64 |
| 3 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $428.21 | $0.00 | $428.21 |
| 4 | Public Service Electric & Gas | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 12/27/18 | Attorney Fees | $100.00 | $100.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 2/25/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 5 | US BANK TRUST, N.A.<br>»»  P/239 PARKINSON AVE/1ST MTG/ATTY FEES 4/12/21 ORD | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 6/28/21 | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 3/14/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 2/24/23 | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 18-24178 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 6 | US BANK TRUST, N.A.<br>»»  P/239 PARKINSON AVE/REG. MTG. PMTS. /ORDER 4/12/23 | Ongoing Mortgage | $0.00 | $23,976.99 | $0.00 |
| 7 | US BANK TRUST, N.A.<br>»»  P/239 PARKINSON AVE/POST-PET ARREARS AMD ORD 5/9/23 | Mortgage Arrears | $1,935.11 | $195.15 | $1,739.96 |
| 8 | US BANK TRUST, N.A.<br>»»  239 PARKINSON AVE/GAP PAYMENTS ORDER 4/12/23 | Mortgage Arrears | $2,203.86 | $2,203.86 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 4/16/24 | Attorney Fees | $800.00 | $800.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,807.95 | Plan Balance: | $10,989.00 ** |
| Paid to Claims: | $38,339.23 | Current Monthly Payment: | $1,800.00 |
| Paid to Trustee: | $3,174.72 | Arrearages: | $1,800.00 |
| Funds on Hand: | $3,294.00 | Total Plan Base: | $55,796.95 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.